# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jimmy Crain, both individually and as a trustee for Workforce Safety and Insurance, subrogee, and Debra Crain, <br><br>  Plaintiffs, <br><br> vs. <br><br> MJB Landscaping & Construction, Inc., <br><br>  Defendant. | **ORDER RE ADMISSION PRO HAC VICE** <br><br> Case No. 1:16-cv-009 |

Before the court is a motion for attorney Joseph J. Fisher, II to appear *pro hac vice* on plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Joseph J. Fisher, II has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 4) is **GRANTED**. Attorney Joseph J. Fisher, II is admitted to practice before this court in the above-entitled action on behalf of plaintiffs.

**IT IS SO ORDERED.**

Dated this 26th day of February, 2016.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge