# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jimmy Crain and Debbie Crain, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| MJB Landscaping & Construction, Inc., | ) | |
| | ) | Case No. 1:16-cv-009 |
| Defendant. | ) | |

Before the court is a motion for attorney Guy S. Fisher to appear *pro hac vice* on plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Guy S. Fisher has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 18) is **GRANTED**. Attorney Guy is Fisher is admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 16th day of October, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge